AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

LEONEL RAMON GARCIA
SANCHEZ,

    Petitioner,

         v.

WARDEN, FOLKSTON ICE
PROCESSING CENTER, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:   5:26-cv-546

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 5, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions.  This case stands closed.

Approved by: _____

    **HON. LISA GODBEY WOOD, JUDGE**
    **UNITED STATES DISTRICT COURT**
    **SOUTHERN DISTRICT OF GEORGIA**

_____
Date   May 7, 2026



John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk